E-FILED
Thursday, 02 September, 2004 03:34:09 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CHS INC., formerly known as CENEX HARVEST STATES COOPERATIVES, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER BICKHAUS, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Cause No. 03-3263 |

## CERTIFICATE OF SERVICE

The undersigned certifies, under penalty of perjury, that the following documents were served upon all parties:

1. **Defendant Christopher Bickhaus' First Set of Interrogatories Directed to Plaintiff CHS Inc., formerly known as Cenex Harvest States Cooperatives;** and

2. **Defendant Christopher Bickhaus' First Set of Requests for Production of Documents Directed to Plaintiff CHS Inc., formerly known as Cenex Harvest States Cooperatives;**

by enclosing the same in an envelope addressed to the attorneys of record as follows:

> Dawn M. Johnson
> Michelle M. Drake
> Greensfelder, Hemker & Gale, P.C.
> 10 South Broadway, Suite 2000
> St. Louis, MO 63102

with postage fully prepaid, and by depositing the envelope in a United States Post Office mailbox in Quincy, Illinois on the 8th day of July, 2004.

                **CHRISTOPHER BICKHAUS**, Defendant

                By: _/s/ David G. Penn_
                    David G. Penn
                    of Schmiedeskamp, Robertson, Neu & Mitchell
                    One of his attorneys

Michael A. Bickhaus
David G. Penn
SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL
525 Jersey Street
P. O. Box 1069
Quincy, Illinois 62306-1069
Telephone: (217) 223-3030
Fax: (217) 223-1005

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Dawn M. Johnson and Michelle M. Drake, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  None  .

s/            David G. Penn
David G. Penn      Bar No. 00787089
Attorney for Defendant
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069, Quincy, IL 62305
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail Address: dpenn@srnm.com