IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CHS INC., formerly known as CENEX HARVEST STATES COOPERATIVES, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Cause No. 03-3263 |
| CHRISTOPHER BICKHAUS, | ) ) ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of September, 2004, I electronically filed the Certificate of Service evidencing service of the following:

1. Defendant, Christopher Bickhaus' First Set of Interrogatories Directed to Plaintiff CHS Inc., formerly known as Cenex Harvest States Cooperatives; and

2. Defendant, Christopher Bickhaus' First Set of Requests for Production of Documents Directed to Plaintiff CHS Inc., formerly known as Cenex Harvest States Cooperatives;

with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: David G. Penn; and I hereby certify that on the 3rd day of September, 2004, I have mailed by United States Postal Service the document to the following non CM/ECF participants: Dawn M. Johnson and Michelle M. Drake.

s/_____David G. Penn_____
David G. Penn    Bar No. 00787089
Attorney for Defendant
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069, Quincy, IL 62305
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail Address: dpenn@srnm.com