## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

CHS INC., formerly known as )
CENEX HARVEST STATES )
COOPERATIVES, )
)
Plaintiff, )
)
vs. )  Cause No. 03-3263
)
CHRISTOPHER BICKHAUS, )
)
Defendant. )

### CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September, 2004, I electronically filed the Certificate of Service evidencing service of the following:

1. Defendant, Christopher Bickhaus' Answers to Plaintiff's First Set of Interrogatories; and

2. Defendant, Christopher Bickhaus' Responses to Plaintiff's First Set of Requests for Production of Documents;

with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: David G. Penn; and I hereby certify that on the 3rd day of September, 2004, I have mailed by United States Postal Service the document to the following non CM/ECF participants: Dawn M. Johnson and Michelle M. Drake.

s/         David G. Penn
David G. Penn        Bar No. 00787089
Attorney for Defendant
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069, Quincy, IL 62305
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail Address: dpenn@srnm.com