**E-FILED**
Monday, 04 October, 2004 05:42:43 PM
Clerk, U.S. District Court, ILCD

### FY2002 Image Incentive Program – Ground Up & Competitive Conversions
### Participation Agreement

Company Name: FASTOP Convenience Stores, Inc._____ CENEX
Energy Acct. #:  26766_____
Street Address: 823 North 12th_____
City, State, Zip:  Quincy, Illinois  62301_____
Street Address Of Retail Facility:  Listed_____
City, State, Zip Of Retail Facility:  Listed_____
Opening Date Of Retail Facility:  July 16, 2002_____

**Facility Type:** ☐ Ground-up/Raze Rebuild    ☐ Competitive Conversion    ☐ Upgrade
**Image Displayed:** ☐ CENEX® AMPRIDE®    ☐ Xpress 24™    ☐ CENEX® Pump 24
       ☐ CENEX® Convenience Store    X☐CENEX® Fueling Center

### IMAGE FUNDING CALCULATION:
Estimated Gasoline Volume Of Site--11,000,000_____ gallons

### RETAIL FACILITY VOLUME CALCULATION:

|  | 1ˢᵗ Year | 2ⁿᵈ Year | 3ʳᵈ Year | 4ᵗʰ Year |
|---|---|---|---|---|
| Date: | 7-16-02 | 7-16-03 | 7-16-04 | 7-16-05 |
|  | 12,848,000 | 13,490,400 | 14,164,920 | 14,873,166 |
| Gasoline Sales: | 11,000,000 | 11,550,000 | 12,127,500 | 12,733,875 |

*(Branded distributor must meet annual BMA volume commitments to qualify for incentive payments.)*

### (SEE ATTACHMENT A)

**Card Reader in Dispenser (CRIND™) Rebate:**
Number of Gasoline CRINDs _12____ X $2,500.00 (maximum of $15,000 per site)
   Total CRIND Rebate:           $ 30,000.00__

**Year #1 Volume Incentive:**
* 11,000,000_____ gallons  X  $_.0250_____ per gallon incentive  =   $ 275,000.00____
* Less up-front funding, deduct $.0025 per gallon:
  *____0_____ gallons X  $0.0025/gallon =    $(  0____ )
    **TOTAL YEAR #1 REBATES/INCENTIVES RECEIVED:**

**Year #2 Volume Incentive:**
* 11,550,000_____ gallons  X  $.0150_____ per gallon incentive  =   $ 173,500.00____

   **YEAR #2 VOLUME INCENTIVE RECEIVED:**

**Year #3 Volume Incentive:**
* _12,127,500_____ gallons  X  $.0150_____ per gallon incentive  =   $ 181912.50____

   **YEAR #3 VOLUME INCENTIVE RECEIVED:**

*I understand that if 1ˢᵗ year volumes are not met, CENEX Energy will have the option to bill back a portion of any up-front image funds provided.  Also, I understand that CENEX ENERGY reserves the right to bill back any incentive credits earned should the total base volume excluding the volume of the new retail facility for my company decrease during the time period that the incentive program is in effect.*

**Signatures:**
Store Owner/General Manager_____ Date:_____
Energy Sales Representative:_____ Date: 6-25-02
Retail Development Dept.:_____ Date:_____

FY2002 Participation Agreement

CHS 000033

**Exhibit**

**H**

ATTACHMENT A

FASTOP—100  -- Gas-- 1,460,000
823 North 12th
Quincy, IL 62301

FASTOP—101 --  Gas--  480,000--  Diesel -- 60,000
310 Riverview
Quincy, IL 62301

FASTOP—103—Gas-- 600,000--  Diesel—60,000
432 South 36th
Quincy, IL 62301

FASTOP—104—Gas--480,000—Diesel—18,000
235 South 8th Street
Quincy, IL 62301

FASTOP—105—Gas—600,000
HWY 6
Lewistown, IL  63452

FASTOP—106—Gas—360,000
923 North 12th
Quincy, IL 62301

FASTOP—107—Gas—600,000—Diesel—36,000
160 West Collins
Mendon,IL 62451

FASTOP—108—Gas—480,000—Diesel—12,000
1600 North 24th
Quincy, IL 62301

FASTOP—109—Gas—720,000—Diesel—120,000
104 South Warsaw
Ursa, IL 62376

FASTOP—110—Gas—420,000—Diesel—24,000
602 Maine
Warsaw, IL  62379

FASTOP—111—Gas—600,000—Diesel—48,000
104 Lake Ave.
Wayland, MO  63472

CHS 000034

FASTOP—112—Gas—660,000—Diesel—60,000
105 S. Worrel St.
Bowen, IL 62316

FASTOP—113—Gas—600,000—Diesel—90,000
2 Tyler Drive
Liberty, IL 62347

FASTOP—115—Gas—360,000
501 Union St.
Hannibal, MO 63451

FASTOP—116—Gas—720,000—Diesel—66,000
Corner HWY 99 & Chestnut St.
Versalles, IL 62376

FASTOP—117—Gas—480,000—Diesel—48,000
500 Buchanan St.
Carthage, IL 62321

FASTOP—118—Gas—240,000—Diesel—6,000
Route 1, Box 100
130 E. Mechanic St.
New Canton, IL 62356

FASTOP—119—Gas—1,140,000—Diesel 1,200,000
Route 1, Box 11
Alexandria, MO 63430

Gasoline –11,000,000 Gallons        Diesel—1,848,000 Gallons        Total—12,848,000

**Signatures:**
Store Owner/General Manager:_____  Date:_____
Energy Sales Representative:_____  Date: 12-25-02
Retail Development Dept.:_____  Date:_____

**CHS 000035**