

**OUR ENERGY COMES THROUGH.**

Date:  June 14, 2002

To:   Mr. Chris Bickhaus, President
      Fastop Convenience Store
      823 North 12th
      Quincy, IL  62301

Subject: Fastop Upfront Funds and Promissory Note

Please find attached the check #00553706, dated 06/11/02 for the amount of $345,500.00. This check is for the first year's incentive money of $275,000.00 and the promissory note of $70,500.00. In receipt of this check it is hereby agreed that the petroleum image elements of the seventeen convenience stores that Fastop Convenience Store owns and operates will be branded Cenex. A good faith effort should be put forth to be completed by Aug 15, 2002.

Receipt of Check #00553706: _____  6/14/02
                             Chris Bickhaus, President        Date
                             Fastop Convenience Store

On behalf of Cenex, Stuart Wilson and myself I would like to say "Thank You" for choosing Cenex as your petroleum supplier. If there is anything we can be of help with please give us a call.

Sincerely Yours,


Dan Pomranke
Region Sales Manager


CHS 000213

Division of CHS Cooperatives   P.O. Box 64089   St. Paul, MN 55164-0089   651-451-5151

**Exhibit**

**I**