

P.O. Box 64089. St. Paul, MN 55164-0089

VENDOR NAME: FASTOP CONVENIENCE STORES, INC.   1 of 1

VENDOR NAME: 515149
CHECK NUMBER 553706
DATE       6/11/2002

| INVOICE | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|
| 061002 | 1st year Inc Upfront & | 6/10/2002 | 345,500.00 |

**REMITTANCE ADVICE**
PLEASE DETACH BEFORE DEPOSITING

| CHECK NO. | CHECK DATE | CHECK TOTAL |
|---|---|---|
| 00553706 | 6/11/2002 | 345,500.00 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND - NOT A WHITE BACKGROUND

CHS COOPERATIVES

Wells Fargo Bank
Montana, N.A.       93-916
                     929

| DATE | CHECK NO. |
|---|---|
| 6/11/2002 | 00553706 |

P.O. Box 64089, St. Paul, MN 55164-0089

THREE HUNDRED FORTY FIVE THOUSAND FIVE HUNDRED AND 00/100*********

PAY THIS AMOUNT
$***345,500.00

FASTOP CONVENIENCE STORES, INC.         CHS 000322
823 NORTH 12TH
QUINCY IL 62301

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈00553706⑈ ⑆092905168⑆ 4990000533⑈

**Exhibit J**