## Cenex Promissory Note

$ 70,500                                                        June 14, 2002

  FOR VALUE RECEIVED, **Fastop Convenience Stores, Inc. of Quincy, ILL** ("Maker"), hereby promises to pay to the order of **Cenex, the energy division of CHS Cooperatives**, the principal sum of **Seventy Thousand & Five Hundred** Dollars ($ 70,500), together with interest on the principal amount remaining unpaid hereunder from time to time from the date hereof at the rate of six percent (6.00%) per annum. The principal and interest shall be payable as follows:

(1) Commencing on July 15, 2002 (MONTH/ DAY /YEAR) Maker shall repay the principal due hereunder at the rate of **three quarters of a cent per gallon** ($.**0075 per gallon**) added to all purchases of refined fuels by Maker from Cenex, the energy division of CHS Cooperatives, or its successors or assigns in interest.

(2) If Maker uses a Cenex lift number, the per gallon charge will be added as a separate line item on each refined fuels invoice.

(3) The per gallon repayment charge is an estimate based on Maker's committed Branded Marketing Agreement, Exhibit A refined fuels volume. Maker agrees to continue purchasing refined fuel products from Cenex, the energy division of CHS Cooperatives at a monthly rate greater than or equal to its committed Branded Marketing Agreement, Exhibit A refined fuels volume.

(4) On a calendar quarter basis, reconciliation will be performed to determine if estimated purchase amounts are greater or less than actual purchases. If aggregate per gallon repayment charges for said quarter are less than the Quarterly Payment set forth in the attached Promissory Note Payment Schedule, the shortfall will be invoiced to Maker, due upon receipt. If the quarterly repayment charges in the aggregate are more than the Quarterly Payment, a credit shall be issued to Maker.

(5) The entire remaining balance, including accrued interest, shall be due and payable in full on or before July 15, 2003.

  Each payment made hereunder shall be payable in immediately available funds at Cenex, P.O. Box 64089, Dept. 531, St Paul, Minnesota 64089, or at such other place as the legal holder hereof shall from time to time designate to Maker in writing, in lawful money of the United States of America.

  From time to time after the date hereof, Maker shall have the privilege, without penalty, of prepaying all or any part of the amount due hereunder; provided, no such partial prepayment shall extend or postpone the due date, or change the amount of, any installment due hereunder until all principal and accrued interest payable hereunder shall have been paid in full.

  This Promissory Note shall be in default if any payment of principal or interest due hereunder is not made when the same becomes due and payable.

  If this Promissory Note shall be in default, as provided herein, and such default is not cured within 10 days after Maker's receipt of written notice of said default, then the legal holder hereof shall have the right, exercisable at such holder's discretion, to declare the entire unpaid principal amount and all accrued interest due hereunder immediately due and payable and shall thereupon be entitled to all legal or equitable remedies for collection of the amount due.

CHS 000194    Exhibit B

Any nonexercise or waiver by holder of any right or remedy under this Promissory Note or otherwise afforded by applicable law shall not be a waiver of or preclude the exercise of any right or remedy or the same right or remedy at another time.

To the full extent permitted by law, Maker, and all guarantors and other persons who may become liable for the payment hereof, severally waive demand, presentment, protest, notice of nonpayment or default, and notice of protest.

IN WITNESS WHEREOF, Maker has executed this Promissory Note on the day and year first above written.

_____
(WITNESS)

"MAKER"
By: _____
Name: Chris Bickhaus
Title: Pres. AA

(SEAL)

STATE OF ILLINOIS    )
                     ) ss.
COUNTY OF Adams      )

Before me, the undersigned Notary Public, on this day personally appeared Chris Bickhaus, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

IN TESTIMONY WHEREOF, I have hereunto signed my name and affixed my notarial seal this 14 Day of May, 2002.

My commission expires:

3-30-2003

_____
Notary Public

```
OFFICIAL SEAL
LINDY REHRIG
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3-30-2003
```

CHS 000195