**CHS Cooperatives**

P.O. Box 64089. St. Paul, MN 55164-0089

VENDOR NAME: 515149
CHECK NUMBER 553706
DATE 6/11/2002

VENDOR NAME: FASTOP CONVENIENCE STORES, INC.   1 of 1

| INVOICE | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|
| 061002 | 1st year Inc Upfront & | 6/10/2002 | 345,500.00 |

| | CHECK NO. | CHECK DATE | CHECK TOTAL |
|---|---|---|---|
| REMITTANCE ADVICE<br>PLEASE DETACH BEFORE DEPOSITING | 00553706 | 6/11/2002 | 345,500.00 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND - NOT A WHITE BACKGROUND

**CHS Cooperatives**

Wells Fargo Bank
Montana, N.A.

P.O. Box 64089. St. Paul, MN 55164-0089

DATE: 6/11/2002    CHECK NO. 00553706

THREE HUNDRED FORTY FIVE THOUSAND FIVE HUNDRED AND 00/100************

PAY THIS AMOUNT
$***345,500.00

FASTOP CONVENIENCE STORES, INC.        CHS 000322
823 NORTH 12TH
QUINCY IL 62301

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈00553706⑈ ⑆092905168⑆ 4990000533⑈

**Exhibit J**