E-FILED
Wednesday, 06 October, 2004 11:00:27 AM
Clerk, U.S. District Court, ILCD

| United States Bankruptcy Court<br>__Central__ District of __Illinois__ | PROOF OF CLAIM | |
|---|---|---|
| Name of Debtor<br>Fastop, Inc. | Case Number 03-74100 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>CHS Inc., formerly known as Cenex Harvest States Cooperatives | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent:<br>Scott T. Beiswenger, Esq.<br>CHS Inc.<br>5500 Cenex Dr.<br>Inver Grove Heights, MN 55077<br><br>Telephone number: (651) 355-3751 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor:<br>515149 and/or 26766 | Check here if this claim ☐ replaces<br>☐ amends a previously filed claim, dated: _____ | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other _overpayment of volume incentive_

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Your social security number: _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)                (date)

**2. Date debt was incurred:** June 25, 2002

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 152,987.82

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other_____
Value of Collateral: $_____

Amount of arrearage and other charges _at time case filed_ included in secured claim, if any: $_____

**6. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C §507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** _Attach copies of supporting documents_, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**Exhibit K**

| Date<br>January 21, 2004 | Sign and print name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>_/s/ Cherie Macdonald_<br>Cherie Macdonald, Attorney for CHS Inc. |
|---|---|

_Penalty for presenting fraudulent claim:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (9/97)

CHS 000464

## STATEMENT OF CHARGES

Overpayment of volume incentives:

| | |
|---|---:|
| Amount paid by CHS Inc.'s predecessor: (based upon Fastop, Inc.'s projected purchases of 11,000,000 gallons of gasoline over 1 year period @ $.025 per gallon) | $275,000.00 |
| Less amount actually attained (4,880,487 gallons @ $.025 per gallon) | $122,012.18 |
| Overpayment amount | $152,987.82 |

CHS 000465

ATTACHMENT A

FASTOP—100 – Gas– 1,460,000
823 North 12th
Quincy, IL 62301

FASTOP—101 – Gas– 480,000– Diesel – 60,000
310 Riverview
Quincy, IL 62301

FASTOP—103—Gas– 600,000– Diesel—60,000
432 South 36th
Quincy, IL 62301

FASTOP—104—Gas–480,000—Diesel—18,000
235 South 8th Street
Quincy, IL 62301

FASTOP—105—Gas—600,000
HWY 6
Lewistown, IL 63452

FASTOP—106—Gas—360,000
923 North 12th
Quincy, IL 62301

FASTOP—107—Gas—600,000—Diesel—36,000
160 West Collins
Mendon, IL 62451

FASTOP—108—Gas—480,000—Diesel—12,000
1600 North 24th
Quincy, IL 62301

FASTOP—109—Gas—720,000—Diesel—120,000
104 South Warsaw
Ursa, IL 62376

FASTOP—110—Gas—420,000—Diesel—24,000
602 Maine
Warsaw, IL 62379

FASTOP—111—Gas—600,000—Diesel—48,000
104 Lake Ave.
Wayland, MO 63472

FASTOP—112—Gas—660,000—Diesel—60,000
105 S. Worrel St.
Bowen, IL 62316

FASTOP—113—Gas—600,000—Diesel—90,000
2 Tyler Drive
Liberty, IL 62347

FASTOP—115—Gas—360,000
501 Union St.
Hannibal, MO 63451

FASTOP—116—Gas—720,000—Diesel—66,000
Corner HWY 99 & Chestnut St.
Versailles, IL 62376

FASTOP—117—Gas—480,000—Diesel—48,000
500 Buchanan St.
Carthage, IL 62321

FASTOP—118—Gas—240,000—Diesel—6,000
Route 1, Box 100
130 E. Mechanic St.
New Canton, IL 62356

750-tr
FASTOP—119—Gas—1,140,000—Diesel 1,200,000
Route 1, Box 11
Alexandria, MO 63430

Gasoline –11,000,000 Gallons    Diesel—1,848,000 Gallons    Total—12,848,000

**Signatures:**
Store Owner/General Manager: _____    Date: _____
Energy Sales Representative: _____    Date: 12-25-02
Retail Development Dept.: _____    Date: _____

CHS 000467

| Fiscal Year | Account | Business Area |
|---|---|---|
| 2003 | PARENT 515149 - FASTOP CONVENIENCE STORES INC (QUINCY, IL) | RF |

| Agreement Type | Program Type | Bulk/Rack Indicator | Product Category |
|---|---|---|---|
| BR | All Program Types | R | GAS |

Terminal Totals for 515149

| | September | October | November | December | January | February | March | April | May | June | July | August | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IA FORT MADISON (543) | 110,513 | 89,994 | 4,702 | 27,800 | | 22,802 | 79,010 | 76,907 | 4,002 | 15,007 | 17,510 | 2,998 | 451,245 |
| MO PALMYRA (205) | 363,902 | 459,753 | 494,690 | 450,356 | 437,349 | 394,969 | 296,918 | 351,335 | 378,035 | 320,618 | 254,478 | 226,759 | 4,429,162 |
| Total | 474,415 | 549,747 | 499,392 | 478,156 | 437,349 | 417,771 | 375,928 | 428,242 | 382,037 | 335,625 | 271,988 | 229,757 | 4,880,407 |

CHS 000468