IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CHS INC., formerly known as )
CENEX HARVEST STATES )
COOPERATIVES, )
)
Plaintiff, )
)
vs. ) Cause No. 03-3263
)
CHRISTOPHER BICKHAUS, )
)
Defendant. )

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF**

The Defendant, **CHRISTOPHER BICKHAUS**, by his attorneys, SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL, moves, with the consent of the opposing party, for an extension of time to file his response memorandum in opposition to the Plaintiff's motion for summary judgment, and in support thereof states as follows:

1.  On October 4, 2004, the Plaintiff originally filed a motion for summary judgment, and memorandum of law in support thereof.

2.  On October 6, 2004, Judge Richard Mills entered an order striking the motion for summary judgment since it was not signed as required by Fed.R.Civ.P. 11(a). The Plaintiff was granted leave to file a corrected copy of the motion by October 8, 2004.

3.  On October 6, 2004, the Plaintiff refiled the motion for summary judgment and memorandum of law in support thereof.

4.  The Defendant's response memorandum in opposition to the motion for summary judgment is due on October 27, 2004.

5.  The attorney primarily responsible for handling this matter on behalf of Defendant Bickhaus is David G. Penn of the law firm of Schmiedeskamp, Robertson, Neu & Mitchell.

6.  Attorney Penn has recently been dealing with a family medical problem and has been out of the office much of the past two weeks.

7.  Due to this absence, counsel for Defendant Bickhaus will be unable to properly prepare and file his response memorandum by October 27, 2004. Accordingly, Defendant Bickhaus requests that he be granted an extension of time of seven (7) days, until November 3, 2004, to file his response memorandum.

8.  Defendant Bickhaus has not previously requested an extension of time to file his response brief.

9.  Attorney Penn has consulted with counsel for the Plaintiff. Counsel for the Plaintiff has no objection to this motion and agrees to an extension of time.

WHEREFORE, the Defendant, Christopher Bickhaus, respectfully requests and prays that this Court enter an order extending the time in which the Defendant has to file his response memorandum in opposition to the motion for summary judgment by seven (7) days from October 27, 2004 to November 3, 2004.

Respectfully submitted,

**CHRISTOPHER BICKHAUS, Defendant**

s/_____David G. Penn_____
David G. Penn Bar No. 00787089
Attorney for Defendant
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street
P. O. Box 1069, Quincy, IL 62305
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail Address: dpenn@srnm.com

## VERIFICATION

Under penalties as provided by law and pursuant to Section 1-109 of the Illinois Code of Civil Procedure (735 ILCS 5/1-109), the undersigned certifies that the statements set forth above are true and correct, except as to matters herein stated to be on information and belief, and as to such matters, the undersigned certifies that he believes the same to be true and correct.

_____
David G. Penn

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Dawn Ann Morville Johnson, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Michelle Drake.

s/_____David G. Penn_____
David G. Penn Bar No. 00787089
Attorney for Defendant
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069, Quincy, IL 62305
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail Address: dpenn@srnm.com