IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CHS INC., formerly known as
CENEX HARVEST STATES
COOPERATIVES,

    Plaintiff,

vs.

CHRISTOPHER BICKHAUS,

    Defendant.

Cause No. 03-3263

## MOTION TO STRIKE PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS AND DECLARATION OF RICK CUMMINGS

The Defendant, **CHRISTOPHER BICKHAUS**, by his attorneys, **SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL**, for his motion to strike the Plaintiff's statement of undisputed material facts and the declaration of Rick Cummings filed by Plaintiff in support of its motion for summary judgment, states as follows:

1. On October 6, 2004, the Plaintiff filed a motion for summary judgment asking this court to construe the guaranty signed by Christopher Bickhaus, as President of Fastop, Inc., as the personal guaranty of Christopher Bickhaus, the individual.

2. As part of its motion for summary judgment, the Plaintiff submitted its statement of claimed undisputed material facts. The Plaintiff's statement of undisputed material facts consists primarily of legal conclusions and opinions, not factual statements that support those conclusions and opinions. The statement of undisputed material facts is not proper under CDIL-LR 7.1 or Fed.R.Civ.P. 56.

3. In an attempt to support conclusions recited in its statement of undisputed material facts, the Plaintiff provides the declaration of Rick Cummings, the Plaintiff's Director of Marketing and Retail Development. The declaration of Rick Cummings also consists primarily of conclusions and legal opinions, rather than factual statements based on personal knowledge that would be admissible in evidence as required by Fed. R. Civ. P. 56(e).

4. Because the Plaintiff's statement of undisputed material facts and the declaration of Rick Cummings do not comply with the Federal Rules of Civil Procedure or the Local Rules of this court, both should be stricken.

5. In further support of this motion, the Defendant submits a contemporaneously filed memorandum of law.

WHEREFORE, the Defendant, **CHRISTOPHER BICKHAUS**, requests that this court strike the Plaintiff's statement of undisputed material facts and the declaration of Rick Cummings, or in the alternative, strike those portions of the statement of undisputed material facts and declaration which fail to comply with the Federal Rules of Civil Procedure and Local Rules of this court.

s/            David G. Penn
David G. Penn Bar No. 00787089
Attorney for Defendant
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street
P. O. Box 1069, Quincy, IL 62305
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail Address: dpenn@srnm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Dawn Ann Morville Johnson, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Michelle Drake.

s/ David G. Penn
David G. Penn Bar No. 00787089
Attorney for Defendant
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069, Quincy, IL 62305
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail Address: dpenn@srnm.com