**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| CHS INC., formerly known as CENEX HARVEST STATES COOPERATIVES, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Cause No.: 03-3263 ) |
| CHRISTOPHER BICKHAUS, | ) ) |
| Defendant. | ) ) |

**PLAINTIFF CHS INC. f/k/a CENEX HARVEST STATES COOPERATIVES'
UNOPPOSED MOTION FOR EXTENSION OF TIME**

COMES NOW Plaintiff CHS Inc., formerly known as Cenex Harvest States Cooperatives, and hereby moves, with the consent of the opposing party, for an extension of time up to and including December 3, 2004, in which to file a Reply Memorandum in Support of its Motion for Summary Judgment and in which to respond to Defendant's Motion to Strike. In support hereof, CHS states as follows:

1. On November 3, 2004, Defendant Bickhaus filed his Memorandum in Opposition to CHS's Motion for Summary Judgment and his Motion to Strike CHS's Statement of Undisputed Material Facts.

2. CHS's Reply Memorandum in Support of its Motion for Summary Judgment and Memorandum in Opposition to Defendant's Motion to Strike are each due on November 22, 2004.

3. Counsel for CHS is unable to properly prepare and file CHS's reply memorandum and opposition to Motion to Strike by November 22, 2004. Accordingly, CHS requests that it be granted an extension of time of eleven (11) days, until December 3, 2004, to file its memoranda.

4. CHS has not previously requested such an extension of time.

5. Plaintiff's counsel has consulted with counsel for Defendant Bickhaus. Counsel for Defendant has no objection to this motion and agrees to an extension of time.

WHEREFORE, Plaintiff CHS Inc., formerly known as Cenex Harvest States Cooperatives, respectfully requests and prays that this Court enter an order extending the time in which CHS has to file its Reply Memorandum in Support of its Motion for Summary Judgment and Memorandum in Opposition to Defendant's Motion to Strike by eleven (11) days, to December 3, 2004.

November 18, 2004    Respectfully submitted,

GREENSFELDER, HEMKER & GALE, P.C.


By   /s/ Dawn M. Johnson
    Dawn M. Johnson  (Ill. Bar #06126582)
    10 South Broadway, Suite 2000
    St. Louis, Missouri  63102
    (314) 241-9090
    (314) 241-4245 (fax)
    email: dmj@greensfelder.com

    Attorneys for Plaintiff CHS Inc., formerly known as
    Cenex Harvest States Cooperatives

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 18th day of November, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following parties:

**David G. Penn, Esq.**
Schmiedeskamp, Robertson, Neu & Mitchell
Attorneys for Defendant
525 Jersey Street
P.O. Box 1069
Quincy, Illinois  62306-1069


      and I sent the foregoing via First Class Mail, postage pre-paid, to the following non CM/ECF participants:

None.

      /s/ Dawn M. Johnson