E-FILED
Friday, 03 December, 2004  05:27:44 PM
Clerk, U.S. District Court, ILCD

**CHS COOPERATIVES**

P.O. Box 64089. St. Paul, MN 55164-0089

VENDOR NAME: FASTOP CONVENIENCE STORES, INC.   No. 1 of 1

VENDOR NAME: 515149
CHECK NUMBER 553706
DATE 6/11/2002

| INVOICE | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|
| 061002 | 1st year Inc Upfront & | 6/10/2002 | 345,500.00 |

| | CHECK NO. | CHECK DATE | CHECK TOTAL |
|---|---|---|---|
| **REMITTANCE ADVICE** PLEASE DETACH BEFORE DEPOSITING | 00553706 | 6/11/2002 | 345,500.00 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND - NOT A WHITE BACKGROUND

**CHS COOPERATIVES**

P.O. Box 64089. St. Paul, MN 55164-0089

Wells Fargo Bank
Montana, N.A.   93-916/929

DATE 6/11/2002   CHECK NO. 00553706

THREE HUNDRED FORTY FIVE THOUSAND FIVE HUNDRED AND 00/100************

PAY THIS AMOUNT
$****345,500.00

FASTOP CONVENIENCE STORES, INC.
823 NORTH 12TH
QUINCY IL 62301

CHS 000322

**Exhibit J**

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑃00553706⑃ ⑆092905168⑆ 4990000533⑃