

**SENT VIA FAX – 217-224-3707, FOLLOWED BY CERTIFIED MAIL**

June 30, 2003

Mr. Chris Bickhaus
c/o Fastop, Inc.
823 N. 12th
Quincy, IL 62301

RE: Guaranty of Credit – Fastop, Inc.

Dear Mr. Bickhaus:

I am writing this letter in connection with a failure by Fastop, Inc. to make a payment of $1,243,553.13 due to Cenex Harvest States Cooperatives ("CHS") on June 27, 2003 in accordance with the terms of an Installment Promissory Note, dated March 26, 2003, in the amount of $1,360,697.83 (the "Note"). Such failure by Fastop, Inc. constitutes a default of the Note by Fastop, Inc.

As you are aware, you executed a "Guaranty of Credit" in 2002 to induce CHS to grant credit or assume a credit risk in respect of the sales of goods made by CHS to Fastop, Inc. (referred to as "Customer" in the Guaranty of Credit), or **in respect of any type of transaction by which CHS may become the Creditor of the Customer**. Although you signed this document as "Chris Bickhaus, as President of Fastop, Inc.", it was clear to both yourself and CHS that you were executing this document in your individual capacity. Accordingly, your signature as "President of Fastop, Inc." clearly is an inadvertent error.

Pursuant to terms of this Guaranty of Credit, CHS is demanding that you personally pay to CHS the full amount of $1,243,553.13 owed to CHS by Fastop, Inc. under the Note immediately, without deduction for any claim of set-off, or counterclaim of Fastop, Inc., or loss of contribution from any co-guarantor. CHS agrees to waive its claim for interest accruing on the amount of $1,243.553.13 from June 27, 2003 to July 7, 2003 provided that you pay the full amount of $1,243,553.13 not later than July 7, 2003.

Please be advised CHS has retained legal counsel for the purpose of initiating legal proceedings against both Fastop, Inc. and yourself personally, in the event that the full amount of the amount owing under the Note is not paid, by Fastop, Inc. and/or yourself personally, by July 7, 2003. In the event CHS initiates legal proceedings, CHS will be seeking recovery of all expenses of collection, including, but not limited to, attorneys' fees, in accordance with the provisions of the Note and the Guaranty of Credit.

Very truly yours,

*[signature]*

Dan Oberstadt
Credit Manager
Cenex Harvest States Cooperatives

c: Rick Cummings
   Dan Pomeranke
   Scott Beiswenger

CHS 000271

Cenex Harvest States Cooperatives  P.O. Box 64089  St. Paul, Minnesota 55164-0089  651-451-5151  www.CHSco-ops.com

Exhibit M