IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CHS INC., formerly known as CENEX HARVEST STATES COOPERATIVES, <br><br>  Plaintiff, <br><br> vs. <br><br> CHRISTOPHER BICKHAUS, <br><br>  Defendant. | ) ) ) ) ) ) ) Cause No.: 03-3263 ) ) ) ) |

### DECLARATION OF STUART WILSON

I, Stuart Wilson, being of lawful age and first sworn upon my oath, do hereby declare and state as follows:

1. I am a resident of the State of Illinois, am over the age of majority, and am competent in every respect to make this Declaration.

2. I am the Direct Brand Specialist for CHS Inc., formerly known as Cenex Harvest States Cooperatives ("CHS"), with its principal office in Inver Grove Heights, Minnesota.

3. The facts in this Declaration are based on my personal knowledge.

4. I submit this Declaration in support of CHS' Motion for Summary Judgment.

5. On or about May 21, 2002, CHS and Fastop entered into a sales and purchase relationship. Pursuant to this relationship, CHS agreed to sell to Fastop, and Fastop agreed to purchase from CHS, energy products, including, but not limited, to gasoline and diesel fuel. Fastop agreed to resell these energy products at certain of Fastop's convenience stores in Illinois and Missouri identified by the CENEX brand (the "Cenex-Identified Sites"). A copy of the


Exhibit 3

Branded Refined Fuels and Lubricants Master Marketing Agreement is attached as Exhibit A to the Amended Declaration of Rick Cummings.

6. On or about October 10, 2002, Fastop began having problems with electronic funds transfer ("EFT") drafts being returned as a result of "non-sufficient funds." I received correspondence from Doug Fischbach regarding his concerns with Fastop's EFT drafts not clearing the bank.

7. On or about October 29, 2002 around 10:00 a.m., I called Mr. Bickhaus and left him a message to return my call. Around that time, Doug Fischbach emailed me a personal guaranty for Christopher Bickhaus' signature (identified as the "Guaranty" in CHS's Motion for Summary Judgment). The personal guaranty had "Chris E. Bickhaus" typed above the signature line. I faxed the personal guaranty to Mr. Bickhaus on October 29, 2002.

8. I did not talk to Mr. Bickhaus about anything on October 29, but rather, only left the message referred to in Paragraph 7. I do not recall ever talking to Mr. Bickhaus about the personal Guaranty. I did not travel to Quincy, Illinois to discuss these issues with Mr. Bickhaus on October 29, 2002, or at any time during the week of October 28, 2002. See Expense Report for the period from October 28, 2002 through November 7, 2002, and the reimbursement check dated November 15, 2002, attached hereto as **Exhibit A**, and incorporated by reference.

9. Christopher Bickhaus never told me, prior to signing the Guaranty, that he was not signing the Guaranty in his personal capacity. Prior to the execution of the Guaranty, I was never aware of Christopher Bickhaus' intention to sign the Guaranty as a representative of Fastop.

756901v1

2

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing statements are true and correct to the best of my knowledge.

STUART WILSON

Dated this 3 day of December, 2004.

# CENEX ENERGY DIVISION EMPLOYEE EXPENSE REPORT - (One Month)
## (FOR BUSINESS TRAVEL, MEETINGS, ENTERTAINMENT)

**RECEIVED DEC - 6 2002**

Rev 8/21/02

### Required Fields

**PERSONAL DATA**
- Name: Stuart D. Willson
- Home Address: Route 1, Box 55
- City, State, Zip: Findlay, IL 62534

**BUSINESS DATA**
- Bus. Phone: 217-756-8828
- Business Unit #: 6703
- Address Book #: 812962

**MISC DATA**
- Date: 11/8/2002
- Social Security Number: 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
- RETURN CHECK TO: MS #
- Heartland Credit Union Acct #

| REASON FOR TRIP | | | | | | | | | | Acctg use only Init. |
|---|---|---|---|---|---|---|---|---|---|---|
| Month/Day/Year | 10/28/02 | 10/29/02 | 10/30/02 | 10/31/02 | 11/01/02 | 11/04/02 | 11/05/02 | 11/06/02 | 11/07/02 | Date: |
| From City | Findlay | Findlay | Findlay | Findlay | Findlay | Findlay | Clarinda | Des Moines | Findlay | |
| To City | Decatur | Wapella | Findlay | Findlay | Findlay | Altona | Shenandoah | Cedar Falls | Camp Point | |
| To City | | Springfield | Lena | Shelbyville | Muscatine | Galesburg | Council Bluffs | Versailles | | |
| To City | | Riverton | Findlay | Findlay | Aledo | Bloomfield | Adel | Hudson | | |
| To City | Findlay | Findlay | | | Findlay | Clarinda | Des Moines | Findlay | Meredosia | |
| | | | | | | | | | Findlay | |
| Miles Traveled - Company Owned Vehicle | | | | | | | | | | |
| Miles Traveled - Traveler Owned Vehicle | | | | | | | | | | |
| Mileage Allowance @ .365 per mile | | | | | | | | | | |
| Auto Expense Gas/Other (Retain receipts) | 23.00 | | 39.50 | 16.50 | 38.50 | | | 36.50 | 17.00 | $191.00 | 8702 |
| Hotel Rooms (attach receipts) | | | | | 52.85 | 73.89 | | | | $126.74 | 8703 |
| Meals (Retain receipts for all expenses over $75.00) | 7.65 | | 10.39 | 14.29 | 13.73 | 25.27 | 15.48 | 8.58 | | $95.39 | 8706 |
| Telephone Travel | | | | | | | | | | | 8708 |
| Telephone Local/Office/Fax | | | | | | 67.52 | | | | $67.52 | 8901 |
| Telephone Long Distance/Phone Cards | | | | | | 4.27 | 50.66 | | | $54.93 | 8902 |
| Telephone Mobile/Cell/Pagers | | | | | | | | | | | 8903 |
| Telephone/Internet Service | | | | | | | | | | | 8904 |
| Telephone Equipment | | | | | | | | | | | 8905 |
| Parking/Tolls/Taxi/Car Wash (except hotel, car rental, & airline receipts) | 5.00 | | | | | | 5.00 | | | $10.00 | 8709 |
| Airline Provided | | | | | | | | | | | |
| Airline Ticket Numbers | | | | | | | | | | | |
| Air Purchased (must be kept regardless of the amount) | | | | | | | | | | | 8704 |
| Air Charter | | | | | | | | | | | 8704 |
| Car Rental | | | | | | | | | | | 8701 |
| Business Meals/Other (Use Itemize tab) | | 29.67 | | | | 27.95 | | | | $57.62 | 8602 |
| Business Meeting (Use Itemize tab) | | | | | | | | | | | 8710 |
| Cash Advance Fee | | | | | | | | | | | 8604 |
| Spouse Travel | | | | | | | | | | | 8707 |
| Postage | | | | | | | | | | | 9101 |
| Office Supplies | | | | | | | | 32.16 | | $32.16 | 7103 |
| Other Expenses (Must itemize below) | | | | | | | | | | | |
| Total Expenses | $35.65 | $29.67 | $49.89 | $30.79 | $105.08 | $198.90 | $71.14 | $77.24 | $17.00 | **$635.36** | |

(will not be processed without explanation)

Explain Reason for Other Expenses

Advance Amount
Amount Due Company 45.0790
Total Check Due

Approved: _____ Date: _____
Authorized Signature

Signed: [signature] Stuart Willson  Date: 11-8-02
Traveler's Signature

**IMPORTANT:** Keep required receipts and a copy of the expense report in a separate envelope for each expense report submitted. These must be sent in on a regular basis (monthly). Accounting will verify that all paperwork has been received in September for the previous fiscal year.
Failure to submit complete records of receipts will result in disciplinary action.

DO NOT ENTER data in GRAY shaded areas. These areas designate formulas.

**Exhibit A**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND - NOT A WHITE BACKGROUND


CHS COOPERATIVES

Wells Fargo Bank
Montana, N.A.
93-516
929

| DATE | CHECK NO. |
|---|---|
| 11/15/2002 | 80000877 |

P.O. Box 64089, St. Paul, MN 55164-0089

SIX HUNDRED THIRTY FIVE AND 36/100********************************************

PAY THIS AMOUNT
$*******635.36

STUART WILSON
ROUTE 1 BOX 55
FINDLAY IL 62534

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈800008770⑈  ⑆092905168⑆  4990000533⑈         ⑈0000063536⑈

⑈800008770⑈  ⑆092905168⑆  4990000533⑈         ⑈0000063536⑈
FRB PEORIA              FRB PEORIA                           FRB PEORIA

| Posting Date | Posting Account | Amount | Serial No. | Bank Reference No. | CD Volume |
|---|---|---|---|---|---|
| 11/22/2002 | 4990000533 | $635.36 | 80000877 | 9949001136 | 20021129135701 |