E-FILED
Friday, 17 December, 2004 03:08:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CHS INC., formerly known as CENEX HARVEST STATES COOPERATIVES, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Cause No. 03-3263 ) |
| CHRISTOPHER BICKHAUS, | ) ) |
| Defendant. | ) |

### RESPONSE IN OPPOSITION TO MOTION FOR LEAVE TO AMEND/CORRECT STATEMENT OF UNDISPUTED FACTS AND DECLARATION OF RICK CUMMINGS

The Defendant, **CHRISTOPHER BICKHAUS**, by his attorneys, SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL, and for his response in opposition to the Plaintiff's motion for leave to amend its statement of undisputed facts and declaration of Rick Cummings, states:

This motion should be denied since it is untimely and without merit. The deadline to file a dispositive motion was October 4, 2004. The Plaintiff filed a motion for summary judgment, memorandum of law, and statement of undisputed facts in support thereof on that date. However, that motion was stricken as it was not properly signed in accordance with the local rules related to electronic filing. (See D/E 10/06/04). However, leave was granted to re-file the motion for summary judgment by October 8, 2004. (See D/E 10/06/04).

Cenex then re-filed its motion with the proper signature. The Defendant has now responded, and, as part of his response to the filing of the motion for summary judgment, moved to strike some or all of the Plaintiff's statement of undisputed facts and the declaration of Rick Cummings as it contained various legal conclusions and not "facts" in support of the summary judgment motion.

Remarkably, the Plaintiff concedes that the statements and "facts" contested by the Defendant contain legal conclusions. (See Plaintiff's motion for leave to amend, p.1). However, after the Defendant has filed his response in opposition to the motion for summary judgment, the Plaintiff now wants to amend its statement of undisputed facts and declaration of Rick Cummings, the declaration being the only testimonial evidence (by way of affidavit) offered in support of its motion when originally filed, to attempt to remove "legal conclusions" from the declaration and statement of undisputed facts.

This motion for leave to amend should be denied. The Plaintiff had the opportunity to cite to appropriate facts and develop a proper declaration of its own party witness in support of its motion for summary judgment. The Plaintiff, by its own admission, has failed to do so. To now allow it to amend its declaration simply gives it another shot at the apple. This should not be allowed.

The Defendant is prejudiced because the Defendant has responded to the motion for summary judgment in light of the undisputed facts and declaration that were presented. The time for filing dispositive motions has now passed. The Plaintiff should not be allowed a third opportunity to file a proper motion for summary judgment now that the dispositive motion deadline has passed by two months.

Moreover, the amendments do not clarify or assist the Court in ruling on its motion for summary judgment. Simply adding that the signature was made either in the Defendant's "individual capacity or as a representative of Fastop" does not assist the Court. In fact, the amended facts *support* the Defendant's position that a question of fact exists as in what capacity the Defendant signed the Guaranty. It further begs the question of the central issue of this case - is the Defendant personally liable as a result of executing the Guaranty. Whether it was signed "in his individual

2

capacity or as representative of Fastop" is one of the questions of fact that is in dispute. The motion for leave to amend should be denied.

WHEREFORE, the Defendant, **CHRISTOPHER BICKHAUS**, requests and prays that this Court enter an order denying the Plaintiff's motion for leave to file its amended statement of undisputed facts and declaration of Rick Cummings.

s/    David G. Penn
David G. Penn Bar No. 00787089
Attorney for Defendant
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street
P. O. Box 1069, Quincy, IL 62305
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail Address: dpenn@srnm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of December, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Dawn Ann Morville Jonhson, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

s/_____David G. Penn_____
David G. Penn Bar No. 00787089
Attorney for Defendant
Schmiedeskamp, Robertson, Neu & Mitchell
525 Jersey Street, P. O. Box 1069, Quincy, IL 62305
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail Address: dpenn@srnm.com