IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CHS INC., formerly known as CENEX HARVEST STATES COOPERATIVES, | ) ) ) ) Cause No.: 03-3263 |
| Plaintiff, | ) ) |
| vs. | ) **PLAINTIFF'S MOTION IN LIMINE #2** ) |
| CHRISTOPHER BICKHAUS, | ) ) |
| Defendant. | ) |

**PLAINTIFF CHS INC., f/k/a CENEX HARVEST STATES COOPERATIVES'
SECOND MOTION IN LIMINE TO EXCLUDE EVIDENCE OF CERTAIN ALLEGED
CONDUCT OCCURRING AFTER THE GUARANTY WAS SIGNED**

COMES NOW Plaintiff CHS Inc., formerly known as Cenex Harvest States Cooperatives ("CHS"), by its undersigned counsel, and, pursuant to the Federal Rules of Evidence and applicable law, hereby moves the Court for an Order prohibiting defendant from introducing any evidence, testimony, statements and/or argument in trial regarding certain irrelevant matters, including, but not limited to, certain alleged conduct by Mr. Bickhaus and/or employees of CHS which occurred *after* Mr. Bickhaus executed the Guaranty of Credit (the "Guaranty"). The grounds for this Motion are more fully set forth in the accompanying Memorandum in Support, which, by this reference, is incorporated herein.

WHEREFORE, for the foregoing reasons and those stated in the accompanying Memorandum of Law in Support, CHS respectfully requests that this Honorable Court enter an order granting CHS's Second Motion in Limine and exclude from the trial all evidence, testimony, statements, or argument concerning certain alleged conduct by Mr. Bickhaus and/or

employees of CHS which occurred *after* Mr. Bickhaus executed the Guaranty, and for further relief as this Court deems just and proper.

                                              Respectfully submitted,

                                      GREENSFELDER, HEMKER & GALE, P.C.

                                      By    /s/ Dawn M. Johnson

                                          Dawn M. Johnson  (Ill. Bar #06126582)
                                                  Lead Counsel
                                          10 South Broadway, Suite 2000
                                          St. Louis, Missouri  63102
                                          (314) 241-9090
                                          (314) 241-4245 (fax)
                                          email: dmj@greensfelder.com

                                          Attorneys for Plaintiff CHS Inc., formerly known as Cenex Harvest States Cooperatives

## CERTIFICATE OF SERVICE

       I hereby certify that on the 18th day of January, 2005, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**David G. Penn, Esq.**
Schmiedeskamp, Robertson, Neu & Mitchell
Attorneys for Defendant
525 Jersey Street
P.O. Box 1069
Quincy, Illinois  62306-1069

                                                   /s/ Dawn M. Johnson