**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| CHS INC., formerly known as CENEX HARVEST STATES COOPERATIVES, </br></br>            Plaintiff, </br></br>    vs. </br></br> CHRISTOPHER BICKHAUS, </br></br>            Defendant. | ) </br> ) </br> ) </br> ) Cause No.: 03-3263 </br> ) </br> ) </br> ) **PLAINTIFF'S MOTION IN LIMINE #3** </br> ) </br> ) </br> ) </br> ) |

**PLAINTIFF CHS INC., f/k/a CENEX HARVEST STATES COOPERATIVES'
THIRD MOTION IN LIMINE TO EXCLUDE EVIDENCE NOT DISCLOSED
THROUGH THE COURSE OF PRE-TRIAL DISCOVERY**

COMES NOW Plaintiff CHS Inc., formerly known as Cenex Harvest States Cooperatives ("CHS"), by its undersigned counsel, and, pursuant to the Federal Rules of Evidence and applicable law, hereby moves the Court for an Order prohibiting defendant from introducing any evidence, testimony, statements and/or argument in trial regarding matters not properly disclosed through the course of pre-trial discovery. The grounds for this Motion are more fully set forth in the accompanying Memorandum in Support, which, by this reference, is incorporated herein.

WHEREFORE, for the foregoing reasons and those stated in the accompanying Memorandum of Law in Support, CHS respectfully requests that this Honorable Court enter an order granting CHS's Third Motion in Limine and exclude from the trial all evidence, testimony, statements, or argument regarding the above matters not properly disclosed through the course of pre-trial discovery, and for further relief as this Court deems just and proper.

Respectfully submitted,

GREENSFELDER, HEMKER & GALE, P.C.


By    /s/ Dawn M. Johnson

    Dawn M. Johnson  (Ill. Bar #06126582)
         Lead Counsel
    10 South Broadway, Suite 2000
    St. Louis, Missouri  63102
    (314) 241-9090
    (314) 241-4245 (fax)
    email: dmj@greensfelder.com

    Attorneys for Plaintiff CHS Inc., formerly known as
    Cenex Harvest States Cooperatives


## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 18th day of January, 2005, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**David G. Penn, Esq.**
Schmiedeskamp, Robertson, Neu & Mitchell
Attorneys for Defendant
525 Jersey Street
P.O. Box 1069
Quincy, Illinois  62306-1069

           /s/ Dawn M. Johnson