**E-FILED**
Tuesday, 18 January, 2005  05:13:47 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| CHS INC., formerly known as<br>CENEX HARVEST STATES<br>COOPERATIVES,<br><br>        Plaintiff,<br><br>        vs.<br><br>CHRISTOPHER BICKHAUS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Cause No.:  03-3263<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF CHS INC., F/K/A CENEX HARVEST STATES COOPERATIVES'
MOTION FOR PRE-TRIAL RULING ON CHOICE-OF-LAW PROVISION**

COMES NOW Plaintiff CHS Inc., formerly known as Cenex Harvest States Cooperatives ("CHS"), by its undersigned counsel, and hereby moves the Court for a pre-trial ruling on the choice-of-law provision contained in the Guaranty of Credit that is the subject of this lawsuit. The provision requires the application of Minnesota law.  The grounds for this Motion are more fully set forth in the accompanying Memorandum of Law in Support, which, by this reference, is incorporated herein.

WHEREFORE, for the foregoing reasons and those stated in the accompanying Memorandum of Law in Support, CHS respectfully requests that this Honorable Court enter an order holding that Minnesota law applies to the issues in this lawsuit, and for further relief as this Court deems just and proper.

Respectfully submitted,

GREENSFELDER, HEMKER & GALE, P.C.

By ____/s/ Dawn M. Johnson_____
      Dawn M. Johnson  (Ill. Bar #06126582)
               Lead Counsel
      10 South Broadway, Suite 2000
      St. Louis, Missouri  63102
      (314) 241-9090
      (314) 241-4245 (fax)
      email: dmj@greensfelder.com

      Attorneys for Plaintiff CHS Inc., formerly known as
      Cenex Harvest States Cooperatives

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of January, 2005, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**David G. Penn, Esq.**
Schmiedeskamp, Robertson, Neu & Mitchell
**Attorneys for Defendant**
525 Jersey Street
P.O. Box 1069
Quincy, Illinois  62306-1069

                ____/s/ Dawn M. Johnson_____