AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

CHS INC., formerly known as CENEX
HARVEST STATES COOPERATIVE,
                Plaintiff,

vs.                                          Case Number:   **03-3263**

CHRISTOPHER BICKHAUS,
                Defendant,

[ ] **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, pursuant to Order entered by the Honorable U.S. District Judge Richard Mills. Plaintiff CHS, Inc's Motion for Summary Judgment (d/e 23) is ALLOWED. Judgment is entered in favor of CHS, Inc. and against Christopher Bickhaus. All pending motions are DENIED AS MOOT. Case is Closed.-------------------------------------------------------------------------------------

                                          ENTER this 28th day of January 2005

                                                  s/ John M. Waters
                                            JOHN M. WATERS, CLERK

                                                    s/ M. Rankin
                                            _____
                                            BY: DEPUTY CLERK